UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HUBER HERNANDEZ IBARRA,
Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-6295-CAB-VET

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Counsel for Petitioner Huber Hernandez Ibarra mistakenly filed a duplicative petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [*See* Doc. No. 6; *see also* Case No. 3:26-cv-6264-CAB-VET.] The Court therefore **DISMISSES** the Petition in this case as duplicative. The Clerk of the Court shall close the case.

The Petition in Case No. 3:26-cv-6264-CAB-VET remains pending.

It is **SO ORDERED**.

Dated: November 17, 2026

Hon. Cathy Ann Bencivengo
United States District Judge